*Judgment affirmed. All the Justices concur.*
DECIDED JANUARY 4, 1973.

John Alvin Carter, *pro se.*

## 27361. JORDAN v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
DECIDED JANUARY 5, 1973

William Jordan, *pro se.*
*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, W. Hensell Harris, Jr., Assistant Attorneys General,* for appellee.

## 27371. CARLTON v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
DECIDED JANUARY 5, 1973.

John Ellman Carlton, *pro se.*
*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, W. Hensell Harris, Jr., Assistant Attorneys General,* for appellee.

## 27418. WYMS v. AULT.

The trial court did not err in remanding the appellant to custody.